

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-17-00059-CV

**EX PARTE JAMES KENNETH CURLL**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI08228
Honorable Richard Price, Judge Presiding

# O R D E R

Appellant's brief was filed on June 13, 2017. Therefore, appellee's brief was due to be filed on July 13, 2017. Neither a motion for extension or time nor the appellee's brief has been filed. It is therefore ORDERED that appellee show cause in writing *within fifteen (15) days* from the date of this order why this appeal should not be set at issue. If appellee fails to respond, this appeal will be set at issue without an appellee's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk